UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LATISHA WRIGHT,
        Plaintiff,

v.

TROY SOLOMON,
        Defendant.

Case No. 14-cv-04500-JCS

**ORDER DISMISSING ACTION**

Plaintiff Latisha Wright, pro se, filed this action alleging that Defendant Troy Solomon failed to provide goods and services that she purchased from him to start a clothing business. The Court granted Wright's application to proceed in forma pauperis, reviewed her Complaint pursuant to 28 U.S.C. § 1915, and dismissed the Complaint for lack of federal subject matter jurisdiction, with leave to amend. *See generally* Order Dismissing Complaint (dkt. 9). The deadline to file an amended complaint was January 22, 2015, *see id.* at 5, and no amended complaint has been filed. Wright also failed to appear at a case management conference scheduled for January 16, 2015. The action is therefore DISMISSED without further leave to amend, and the clerk is instructed to close the file.[1]

Because Wright's claim was dismissed for lack of jurisdiction, this dismissal is without prejudice to Wright filing a new complaint in a court of competent jurisdiction.

**IT IS SO ORDERED.**

Dated: February 3, 2015

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] Wright has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).